NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-1538

SPINE SOLUTIONS, INC.,
SYNTHES SPINE COMPANY, L.P.
and SYNTHES, INC.,

Plaintiffs-Appellees,

v.

MEDTRONIC SOFAMOR DANEK USA, INC.,
and MEDTRONIC SOFAMOR DANEK, INC.,

Defendants-Appellants.

Appeal from the United States District Court for the Western District of Tennessee in case no. 07-CV-02175, Judge Jon P. McCalla.

ON MOTION

## O R D E R

Medtronic Sofamor Danek USA, Inc. et al. move to substitute Seth P. Waxman as their principal counsel, replacing Jan M. Conlin.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

OCT 22 2009
_____
Date

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Seth P. Waxman, Esq.
Jan M. Conlin, Esq.
Jeffrey Martin Olson, Esq.

s17

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 22 2009

JAN HORBALY
CLERK